**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 16, 2009

Charles R. Fulbruge III
Clerk

No. 08-20753
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ENRIQUE ROBERTO PEREZ GONZALEZ also known as, Enrique Roberto Perez-Gonzalez also known as, Enrique Perez-Gonzalez also known as, Roberto Enrique Perez Gonzalez also known as, Enrique Roberto Perez also known as, Enrique Perez Gonzalez

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:08-CR-223-ALL

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Appealing the Judgment in a Criminal Case, Enrique Roberto Perez Gonzalez presents arguments that he concedes are foreclosed by *United States v. Cepeda-Rios*, 530 F.3d 333, 335-36 (5th Cir. 2008), which held that even after *Lopez v. Gonzales*, 549 U.S. 47 (2006), a second state conviction for simple possession of a controlled substance qualifies as an aggravated felony that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

supports the imposition of an eight-level enhancement under U.S.S.G. § 2L1.2(b)(1)(C). The appellant's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.